# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re: §
§
Kenneth Glenn Cason, Ii § Case No. 8:16-bk-07916-MGW
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Angela Stathopoulos, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 5,100.00 *(Without deducting any secured claims)* | Assets Exempt: 1,506.67 |
| Total Distributions to Claimants: 12,870.98 | Claims Discharged Without Payment: 711,685.07 |
| Total Expenses of Administration: 7,453.52 | |

3) Total gross receipts of $ 20,324.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,324.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 484,156.00 | $ 24,005.66 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,453.52 | 7,453.52 | 7,453.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 54,105.64 | 14,328.43 | 14,328.43 | 12,870.98 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 140,848.49 | 91,425.98 | 91,425.98 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 679,110.13 | $ 137,213.59 | $ 113,207.93 | $ 20,324.50 |

4) This case was originally filed under chapter 7 on 09/13/2016. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/28/2017          By:/s/Angela Stathopoulos, Trustee
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1787 HALIFAX ST CARMEL IN 46032-0000 HAMILTON | 1110-000 | 20,324.50 |
| **TOTAL GROSS RECEIPTS** | | **$20,324.50** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank, Bankruptcy Dept Mail Drop #RSCB3E 1830 E Paris Ave SE Grand Rapids, MI 49546 | | 364,778.00 | NA | NA | 0.00 |
| | Financial Center Credit Unio, 8899 E. 56th Street Indianapolis, IN 46226 | | 113,778.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Title Loans, 417 S. Gilbert Danville, IL 61832 | | 0.00 | NA | NA | 0.00 |
| | Toyota Financial Services, P O Box 8026 Cedar Rapids, IA 52408 | | 5,600.00 | NA | NA | 0.00 |
| 4 | Brian Sable | 4110-000 | NA | 24,005.66 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 484,156.00 | $ 24,005.66 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Angela Stathopoulos | 2100-000 | NA | 2,782.45 | 2,782.45 | 2,782.45 |
| Angela Stathopoulos | 2200-000 | NA | 112.19 | 112.19 | 112.19 |
| Manzo & Associates | 2500-000 | NA | 324.50 | 324.50 | 324.50 |
| Union Bank | 2600-000 | NA | 44.10 | 44.10 | 44.10 |
| Richard M. Dauval Trustee Atty. | 3210-000 | NA | 4,128.00 | 4,128.00 | 4,128.00 |
| Richard M. Dauval Trustee Atty. | 3220-000 | NA | 62.28 | 62.28 | 62.28 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,453.52 | $ 7,453.52 | $ 7,453.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, Atlanta, GA 39901 | | 3,800.00 | NA | NA | 0.00 |
| | Internal Revenue Service, Atlanta, GA 39901 | | 17,500.00 | NA | NA | 0.00 |
| | State of Indiana, P O Box 7207 Indianapolis, IN 46207-7207 | | 14,882.00 | NA | NA | 0.00 |
| | State of Indiana, P O Box 7207 Indianapolis, IN 46207-7207 | | 1,408.28 | NA | NA | 0.00 |
| | State of Indiana, P O Box 7207 Indianapolis, IN 46207-7207 | | 16,515.36 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Indiana, P O Box 7207 Indianapolis, IN 46207-7207 | | 0.00 | NA | NA | 0.00 |
| 1 | Internal Revenue Service | 5800-000 | NA | 14,328.43 | 14,328.43 | 12,870.98 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 54,105.64 | $ 14,328.43 | $ 14,328.43 | $ 12,870.98 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Credit Service, 377 Hoes Lane Piscataway, NJ 08854 | | 342.00 | NA | NA | 0.00 |
| | Amex, Correspondence Po Box 981540 El Paso, TX 79998 | | 938.00 | NA | NA | 0.00 |
| | Amtrust Bank, Attention: Bankruptcy 1801 E 9th St Cleveland, OH 44114 | | 0.00 | NA | NA | 0.00 |
| | AR Resources Inc, Bankruptcy PO Box 1056 Blue Bell, PA 19422 | | 383.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AWA Collections, 1045 W. Katella Ave Orange, CA 92867 | | 1,458.00 | NA | NA | 0.00 |
| | Bast Landscape, Indianapolis, IN | | 1,800.00 | NA | NA | 0.00 |
| | Brian Sable, 12677 Apsley Ln Carmel, IN 46032 | | 22,000.00 | NA | NA | 0.00 |
| | Chase, Attn: Correspondence Dept PO Box 15298 Wilmington, DE 19850 | | 27,685.00 | NA | NA | 0.00 |
| | Chex Systems Inc, Attn: Consumer Relations 7805 Hudson Rd Suite 100 Saint Paul, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Credit Bureau Servic, PO Box 73848 San Clemente, CA 92673 | | 431.00 | NA | NA | 0.00 |
| | Eagle Acnts, 7510 S. Madison Avenue Indianapolis, IN 46227 | | 163.00 | NA | NA | 0.00 |
| | Fifth Third Bank, 505 Kingsley Dr Cincinnati, OH 45227 | | 8,998.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Financial Credit Net, Attn: Bankruptcy Department PO Box 3084 Visalia, CA 93291 | | 402.00 | NA | NA | 0.00 |
| | IC Systems, Inc, 444 Highway 96 East PO Box 64378 St Paul, MN 55164 | | 174.00 | NA | NA | 0.00 |
| | Paul Johnson DDS, 8240 NAAB Rd #365 Indianapolis, IN 46260 | | 400.00 | NA | NA | 0.00 |
| | Peoples Protection Group, 1500 Skokie Blvd #202 Northbrook, IL 60062 | | 3,000.00 | NA | NA | 0.00 |
| | Phoenix Financial Services. LLC, PO Box 26580 Indianapolis, IN 46226 | | 246.00 | NA | NA | 0.00 |
| | Regions Bank, 2925 South Loop 256 Palestine, TX 75801 | | 200.00 | NA | NA | 0.00 |
| | SDI Diagnostic Imaging, P O Box 403444 Atlanta, GA 30384-3444 | | 50.00 | NA | NA | 0.00 |
| | Square One Financial/Cach LLC, 4340 S Monaco St 2nd Floor Denver, CO 80237 | | 9,039.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St. Joseph's Hospital, 6901 Simmons Loop Riverview, FL 33578 | | 0.00 | NA | NA | 0.00 |
| | US Bank, 1051 Avenida Pico San Clemente, CA 92673 | | 700.00 | NA | NA | 0.00 |
| | USAA, 9800 Fredricksburg Rd. San Antonio, TX 78288 | | 1,000.00 | NA | NA | 0.00 |
| | USAA, P O Box 14050 Las Vegas, NV 89114-4050 | | 0.00 | NA | NA | 0.00 |
| | Visa Dept Store National Bank, Attn: Bankruptcy PO Box 8053 Mason, OH 45040 | | 1,131.00 | NA | NA | 0.00 |
| 6 | American Express Travel Related Services Company, | 7100-000 | NA | 5,657.14 | 5,657.14 | 0.00 |
| 7 | Department Store National Bank | 7100-000 | 700.00 | 1,131.03 | 1,131.03 | 0.00 |
| 3 | Desert Schools Federal Credit Union | 7100-000 | 680.00 | 600.61 | 600.61 | 0.00 |
| 8 | Directv, Llc | 7100-000 | 559.49 | 559.49 | 559.49 | 0.00 |
| 2 | Forum Credit Union | 7100-000 | 7,370.00 | 9,716.25 | 9,716.25 | 0.00 |
| 1 | Internal Revenue Service | 7100-000 | NA | 15,670.79 | 15,670.79 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Sable Property Management Llc | 7100-000 | 11,304.00 | 12,750.19 | 12,750.19 | 0.00 |
| 9 | Usaa Savings Bank | 7100-000 | 39,695.00 | 39,695.75 | 39,695.75 | 0.00 |
| 1 | Internal Revenue Service | 7300-000 | NA | 5,644.73 | 5,644.73 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 140,848.49 | $ 91,425.98 | $ 91,425.98 | $ 0.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-07916 | MGW | Judge: | Michael G. Williamson | Trustee Name: | Angela Stathopoulos, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Kenneth Glenn Cason, Ii | | | | Date Filed (f) or Converted (c): | 09/13/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/14/2016 |
| For Period Ending: | 12/28/2017 | | | | Claims Bar Date: | 01/30/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1787 HALIFAX ST CARMEL IN 46032-0000 HAMILTON | 497,795.00 | 5,000.00 | | 20,324.50 | FA |
| 2. 2008 TOYOTA AVALON MILEAGE: 118000 VEHICLE IN IN FAIR CONDIT | 5,100.00 | 5,100.00 | | 0.00 | FA |
| 3. 2002 SATURN VUE MILEAGE: 250000 VEHICLE IS IN POOR CONDITION | 100.00 | 100.00 | | 0.00 | FA |
| 4. CLOTHING: MENS CLOTHES. LOCATION: 711 BUNKER VIEW DR., APOLL | 300.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY: WATCH. LOCATION: 711 BUNKER VIEW DR., APOLLO BEACH | 400.00 | 0.00 | | 0.00 | FA |
| 6. BANK OF AMERICA ACCOUNT ENDING IN 8872. LOCATION: 203 APOLLO | 706.67 | 0.00 | | 0.00 | FA |
| 7. DESERT SCHOOLS FCU; ACCT #****1134 | 0.00 | 0.00 | | 0.00 | FA |
| 8. REGIONS BANK | 0.00 | 0.00 | | 0.00 | FA |
| 9. MUTUAL OF OMAHA TERM LIFE ACCIDENT POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2016 TAX REFUND (u)  $1485 x 70.22% (257/365 days) - 0 EIC = 2016 Refund has been taken by IRS to partially pay amount owed for 2014 taxes | 0.00 | 1,042.77 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $504,401.67          $11,242.77                    $20,324.50          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

email to RD to see if possible real estate sale offers - Angela 10/17/2016***Email to D atty re co-debtor agmt to sell surrendered ppty - Angela 10/17/2016***Realtors to be engaged on sale of ppty per RD - Angela 11/8/2016***Email to RD on OK to accept offer and work on getting spouse approval of sale - Angela 12/6/2016***Continuing to try to sell ppry with co-owner consent - Angela 1/4/2017***Counter offer of $20K to Buyers reduced offer of $18,750 - Angela 1/23/2017***ORder entered on M to Sell - Angela 2/8/2017***Deed issues and confirmed Indiana Law re doc stamps; awaiting deed packet to sign; DEMAND made for approx $1K of refund based upon D return- Angela 2/22/2017***Report of Sale filed; email to D and D atty re status of turnover of refund due estate since already received copy of return - Angela 5/11/2017

Exhibit 8

Initial Projected Date of Final Report (TFR): 09/01/2017        Current Projected Date of Final Report (TFR):

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-07916 | Trustee Name: Angela Stathopoulos, Trustee |
| Case Name: Kenneth Glenn Cason, Ii | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX3427 |
| | Checking |
| Taxpayer ID No: XX-XXX1813 | Blanket Bond (per case limit): $40,278,000.00 |
| For Period Ending: 12/28/2017 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/17 | | Manzo & Associates | 1787 Halifax St., Carmel, IN (DE #18) | | $20,000.00 | | $20,000.00 |
| | | | Gross Receipts $20,324.50 | | | | |
| | | | Settlement Fee ($300.00) | 2500-000 | | | |
| | | | Recording Fee ($24.50) | 2500-000 | | | |
| | 1 | | 1787 HALIFAX ST $20,324.50 CARMEL IN 46032-0000 HAMILTON | 1110-000 | | | |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.34 | $19,984.66 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.76 | $19,955.90 |
| 09/14/17 | 1001 | Angela Stathopoulos 39040 US Hwy 19 N Tarpon Springs, FL 34689 | Distribution | | | $2,894.64 | $17,061.26 |
| | | Angela Stathopoulos | Final distribution representing a payment of 100.00 % per court order. ($2,782.45) | 2100-000 | | | |
| | | Angela Stathopoulos | Final distribution representing a payment of 100.00 % per court order. ($112.19) | 2200-000 | | | |
| 09/14/17 | 1002 | Richard M. Dauval LeavenLaw 3900 First Street North, Suite 100 St. Petersburg, FL 33703 | Distribution | | | $4,190.28 | $12,870.98 |
| | | Richard M. Dauval | Final distribution representing a payment of 100.00 % per court order. ($4,128.00) | 3210-000 | | | |
| | | Richard M. Dauval | Final distribution representing a payment of 100.00 % per court order. ($62.28) | 3220-000 | | | |

Page Subtotals: $20,000.00 $7,129.02

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-07916  
Case Name: Kenneth Glenn Cason, Ii  
Taxpayer ID No: XX-XXX1813  
For Period Ending: 12/28/2017  

Trustee Name: Angela Stathopoulos, Trustee  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX3427  
Checking  
Blanket Bond (per case limit): $40,278,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/17 | 1003 | Internal Revenue Service Atlanta, Ga 39901 | Final distribution to claim 1 representing a payment of 89.83 % per court order. | 5800-000 | | $12,870.98 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $20,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Page Subtotals: $0.00 $12,870.98

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3427 - Checking | $20,000.00 | $20,000.00 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $324.50 |
|---|---|
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,324.50 |